UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:
PRISCILLA THOMAS               Case No.: 14-23946-JKO
                               Chapter 13

    Debtor.
_____/

## DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE OF CREDITOR FV-I, INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC AS SERVICED BY SPECIALIZED LOAN SERVICING LLC (FILED JANUARY 27, 2016) AND MOTION FOR PAYMENT OF ATTORNEY'S FEES AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

COMES NOW the Debtor, and Objects to the Notice of Payment Change pursuant to Bankruptcy Rule 3002.1 and Local Rule 3070-1(B) filed by FV-I, INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC AS SERVICED BY SPECIALIZED LOAN SERVICING LLC and in support thereof states as follows:

1. Creditor filed a Notice of Mortgage Payment Change.

2. The mortgage which is the subject of the Notice of Mortgage Payment Change is not a mortgage that requires the Notice to be filed as it is excepted from being required under Bankruptcy Rule 3002.1 pursuant to Local Rule 3070-1(B).

3. As such, the Debtor requests that Notice of Payment Change be stricken and the case proceed in the normal course under the presently confirmed plan.

4. Pursuant to Local Rule 3070-1(B), Counsel for the Debtor requests that this court award sanctions in the form of attorney's fees in the amount of $500.00 for the filing and prosecution of this objection.

WHEREFORE the Debtor requests that the Notice of Payment Change be stricken and that the case continue forward in the normal course, and counsel for Debtor be awarded attorney's fees and for such other and further relief as the court deems proper under these circumstances..

## CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I hereby certify that a copy of the foregoing Objection and Notice of Hearing subsequently generated after the filing of this Objection was served in the manner described below, on  February 2, 2016  , upon:

Via CM/ECF:

Justin B Davis on behalf of Creditor Specialized Loan Servicing, LLC, as servicer for FV-I, Inc., in trust for Morgan Stanley Mortgage Capital Holdings, LLC
bkfl@buckleymadole.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

John Rafferty on behalf of Creditor FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC
john.rafferty@buckleymadole.com

Gavin N Stewart on behalf of Creditor Specialized Loan Servicing, LLC, as servicer for FV-I, Inc., in trust for Morgan Stanley Mortgage Capital Holdings, LLC
bkfl@buckleymadole.com

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

US Mail:
FV-I, Inc.
14841 Dallas Parkway, Suite 300
DALLAS, TX 75254

*Law Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(954) 349-2265

/s/ Mitchell J. Nowack
**MITCHELL J. NOWACK, ESQ.**
Florida Bar Number: 099661

/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436